1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re Subpoena of Jeff Lucas | Case No. 3:23-mc-5018-DGE |
| Underlying Case:<br><br>STA GROUP LLC,<br><br>        Plaintiff,<br><br> v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>        Defendant. | STIPULATED MOTION AND ORDER TO MOVE NOTING DATE FOR MOTOROLA SOLUTIONS, INC.'S (1) MOTION TO COMPEL DISCOVERY BY THIRD PARTY JEFF LUCAS AND (2) FOR TRANSFER OF MOTION TO EASTERN DISTRICT OF TEXAS PURSUANT TO FED. R. CIV. P. 45(f)<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023 |
| MOTOROLA SOLUTIONS, INC.<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>STA GROUP LLC, DILLON KANE GROUP LLC, and INSTANT CONNECT SOFTWARE LLC,<br><br>    Counterclaim Defendants. | |

STIPULATED MOTION AND ORDER
TO MOVE NOTING DATE FOR
MOTOROLA SOLUTIONS, INC.'S MOTION - 1
Case No. 3:23-mc-5018-DGE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  The parties hereby agree and stipulate that the noting date for Motorola Solutions, Inc.'s (1) Motion to Compel Discovery by Third Party Jeff Lucas and (2) for Transfer of Motion to Eastern District of Texas Pursuant to Fed. R. Civ. P. 45(f) [Dkt. No. 1], which was originally noted for Friday, November 17, 2023, should be moved to Friday, November 24, 2023. The parties further agree and stipulate that Jeff Lucas' response to the motion is not due until Friday, November 17, 2023.

DATED this 11th day of November, 2023.

K&L Gates LLP

By  s/ Nicholas F. Lenning
    Nicholas F. Lenning, WSBA #54740
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
nicholas.lenning@klgates.com

Attorneys for Jeff Lucas

DORSEY & WHITNEY LLP

By:   s/  Geoffrey M. Godfrey
    Geoffrey M .Godfrey WSBA # 46876
godfrey.geoff@dorsey.com
Jeremy R. Larson WSBA # 22125
larson.jake@dorsey.com
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Robert L. Maier*
robert.maier@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500

STIPULATED MOTION AND ORDER
TO MOVE NOTING DATE FOR
MOTOROLA SOLUTIONS, INC.'S MOTION - 2
Case No. 3:23-mc-5018-DGE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Katharine M. Burke*
katharine.burke@bakerbotts.com
Lauren Dreyer*
lauren.dreyer@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
(202) 639-7700

*Pro hac vice application to be filed if necessary
Attorneys for Motorola Solutions, Inc.

## ORDER

Based upon the foregoing Stipulation submitted by the parties, and the Court being fully advised in the premises, it is hereby

ORDERED that the date for noting Motorola Solutions, Inc.'s (1) Motion to Compel Discovery by Third Party Jeff Lucas and (2) for Transfer of Motion to Eastern District of Texas Pursuant to Fed. R. Civ. P. 45(f)  [Dkt. No. 1], shall be Friday, November 24, 2023, and Jeff Lucas' deadline to respond to same shall be Friday, November 17, 2023.

DATED this 15th day of November,  2023.

_____
David G. Estudillo
United States District Judge

Presented by:

K&L GATES LLP

By:    s/ Nicholas F. Lenning
       Nicholas Lenning, WSBA # 54740
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

STIPULATED MOTION AND ORDER
TO MOVE NOTING DATE FOR
MOTOROLA SOLUTIONS, INC.'S MOTION - 3
Case No. 3:23-mc-5018-DGE

1  Phone: (206) 623-7580
   Fax: (206) 623-7022
2  Email: Nicholas.Lenning@klgates.com
   *Attorney for Jeff Lucas*
3

4  DORSEY & WHITNEY LLP

5  By: *s/ Geoffrey M. Godfrey*
       Geoffrey M .Godfrey WSBA # 46876
6  godfrey.geoff@dorsey.com
7  Jeremy R. Larson WSBA # 22125
   larson.jake@dorsey.com
8  DORSEY & WHITNEY LLP
   701 Fifth Avenue, Suite 6100
9  Seattle, WA 98104
   (206) 903-8800
10

11 Robert L. Maier*
   robert.maier@bakerbotts.com
12 BAKER BOTTS L.L.P.
   30 Rockefeller Plaza
13 New York, NY 10112
   (212) 408-2500
14

15 Katharine M. Burke*
   katharine.burke@bakerbotts.com
16 Lauren Dreyer*
   lauren.dreyer@bakerbotts.com
17 BAKER BOTTS L.L.P.
   700 K Street NW
18 Washington, DC 20001
   (202) 639-7700
19

20 *Pro hac vice application to be filed if necessary
   *Attorneys for Motorola Solutions, Inc.*

21

22

23

24

25

26

STIPULATED MOTION AND ORDER
TO MOVE NOTING DATE FOR
MOTOROLA SOLUTIONS, INC.'S MOTION - 4
Case No. 3:23-mc-5018-DGE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022